**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendant.

Case No.: 2:26-cv-1029

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

1. Plaintiff Massachusetts Institute of Technology ("MIT") hereby brings this action alleging that Defendant Microsoft Corporation ("Microsoft") has infringed U.S. Patent No. 11,416,638 (the "'638 Patent") in violation of the patent laws of the United States of America, 35 U.S.C. § 1 et seq.

## THE PARTIES

2. Plaintiff Massachusetts Institute of Technology ("MIT"), a Massachusetts nonprofit corporation, is a private research and educational institution located at 77 Massachusetts Avenue, Cambridge, Massachusetts 02139.

3. Defendant Microsoft is a Washington corporation with its principal place of business located at 1 Microsoft Way, Redmond, Washington 98052. Microsoft does business throughout the United States, including in this District.

## JURISDICTION AND VENUE

4. This is a civil action for patent infringement arising under the patent laws of the United States as set forth in 35 U.S.C. §§ 271, *et seq*.

5. This Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. This Court has personal jurisdiction over Microsoft because Microsoft maintains offices, data centers and point of presence locations in this District, has engaged in systematic and continuous business activities in this District, and, on information and belief, has committed acts of infringement within this District.

7. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(b) because Microsoft has regular and established places of business in this District, and, on information and belief, has committed acts of infringement within this District.

8. Microsoft maintains business and personal property in this district in at least Collin and Denton counties.[1]

9. Microsoft also maintains a "point of presence" location in this District in Plano. Microsoft states that "Azure Front Door has edge locations or points of presence (PoPs) worldwide. Every Front Door PoP can serve traffic for any request."[2] These point of presence locations constitute a regular and established physical presence in the District. Microsoft has maintained at least one point of presence location in this District since at least as early as March 31, 2025.

10. Microsoft has committed acts of infringement because Microsoft has used technology that performs actions that infringe on at least one or more claims of the '638 Patent.

---

[1] https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22microsoft%20corporation%22%20Year%3A2026%20&searchSessionToken=gL9Uwnao6Q9XrC5cidl%2B0bbhhS%2BXGBWiHE2YuHLKIiA%3D%7C2026-04-02T18%3A45%3A14.7810894Z; https://www.dentoncad.com/property-search.

[2] https://learn.microsoft.com/en-us/azure/frontdoor/front-door-traffic-acceleration?pivots=front-door-standard-premium.

On information and belief, at least some of these acts of infringement were performed in this District.

**THE ‘638 PATENT**

11. MIT is a research and educational institution dedicated to making a better world through education, research and innovation. Founded to accelerate the nation’s industrial revolution, MIT has led the advancement of knowledge and education of students in science, technology, and other areas of scholarship in the United States and the world. MIT graduates have invented fundamental technologies, launched new industries, and created millions of American jobs. For more than 150 years, the Institute has married teaching with engineering and scientific studies and produced a stream of world-changing advancements.

12. The ’638 Patent, which is entitled “Configurable lattice cryptography processor for the quantum-secure internet of things and related techniques,” was duly and legally issued to inventors Anantha Chandrakasan and Utsav Banerjee on August 16, 2022. A true copy of the ’638 Patent is attached hereto as **Exhibit A**.

13. MIT is the assignee and owns all right, title and interest in the ’638 Patent, including the right to sue for past infringements thereof.

14. Claim 1 of the ’638 Patent is reproduced below:

A lattice cryptography processor comprising:

> an instruction memory configured to have stored therein one or more of configurable parameters and/or custom instructions for polynomial sampling and/or arithmetic operations for controlling the operation of the lattice cryptography processor;
>
> one or more cache memories;
>
> a configurable modular arithmetic unit (MAU) coupled to the one or more cache memories, the configurable modular arithmetic unit to perform polynomial operations;

> a core, coupled to the one or more cache memories, the core for hashing and pseudo-random number generation (PRNG); and
>
> a discrete distribution sampler coupled to the core and configured to sample a polynomial sequence provided by the MAU, the discrete distribution sampler configured for operation in a plurality of different sampling modes and coupled to receive information from the instruction memory and wherein, in response to instructions provided by the instruction memory, the discrete distribution sampler operates in a selected one of the plurality of different sampling modes.

15. The ’638 Patent uses a multi-purpose lattice-based cryptography hardware accelerator to protect against cryptographic threats. Lattice-based cryptography is among the leading families of algorithms believed to resist attacks from quantum computers, which weaken and threaten to break the elliptic-curve and RSA-based schemes in widespread use today. The ’638 Patent discloses a configurable processor comprising a SHA3-based sampling circuit for generating the randomness that lattice-based schemes require, a memory-efficient Number Theoretic Transform (NTT) architecture to accelerate the polynomial arithmetic that is the computational bottleneck of these schemes, and a modular arithmetic unit for the underlying finite-field operations. The processor is programmable rather than fixed to a single algorithm, allowing one piece of silicon to support multiple post-quantum schemes — including Frodo, NewHope, qTESLA, CRYSTALS-Kyber, and CRYSTALS-Dilithium, several of which were, after the filing date of the ’638 Patent, selected by NIST in its post-quantum cryptography standardization process — with reported order-of-magnitude improvements in performance and energy efficiency over prior hardware implementations.

## MICROSOFT’S INFRINGEMENT OF THE ’638 PATENT

16. Microsoft’s Adams Bridge Accelerator (the “Adams Bridge”), which is integrated into Microsoft’s data centers through Caliptra datacenter-class systems-on-chip, is infringing one or more claims of the ’638 Patent.

17. Adams Bridge is an open-source post-quantum cryptography hardware accelerator developed and contributed by Microsoft to the open-source community. Microsoft has publicly described Adams Bridge as "an open-source quantum resilient cryptographic hardware accelerator,"[3] built as a single, reusable hardware design that supports both algorithms rather than requiring separate chips for each.

18. Adams Bridge implements two lattice-based algorithms recently standardized by NIST: ML-KEM, a key-exchange algorithm, and ML-DSA, a digital signature algorithm. Both are designed to resist attacks from future quantum computers. The hardware includes a control interface that loads different parameters depending on which algorithm is running, a set of on-chip memory banks that store keys and intermediate calculations, a configurable math engine that performs the polynomial arithmetic these algorithms require, a hashing/random-number-generation core based on Keccak circuits, and a dedicated sampling module that generates the randomized values both algorithms depend on.

19. An exemplary claim chart demonstrating how Microsoft practices each and every limitation of at least claim 1 of the '638 Patent is provided in **Exhibit B**.

---

[3] https://www.microsoft.com/en-us/security/blog/2025/08/20/quantum-safe-security-progress-towards-next-generation-cryptography/.

**COUNT I: DIRECT INFRINGEMENT OF THE ’638 PATENT**

20. MIT incorporates by reference each of the above paragraphs as if fully restated herein.

21. As discussed above, Microsoft uses the invention of the ’638 Patent in its cloud network, including, on information and belief, at its data centers and point of presence locations in this District.

22. Microsoft’s use of Adams Bridge within the United States has directly infringed under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, one or more claims of the ’638 Patent.

23. As a result of Microsoft’s direct infringement of the ’638 Patent, MIT has suffered monetary damages and seeks recovery in an amount adequate to compensate it for Microsoft’s infringement.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff MIT respectfully requests the following relief:

A. A judgment in favor of MIT that Microsoft has infringed, literally and/or under the doctrine of equivalents, the ’638 Patent;

B. A judgment in favor of MIT that Microsoft is infringing, literally and/or under the doctrine of equivalents, the ’638 Patent;

C. An award of damages resulting from Microsoft’s acts of infringement in accordance with 35 U.S.C. § 284;

D. An accounting of damages incurred by MIT from six years prior to the date this lawsuit was filed through, as appropriate, the entry of a final, non-appealable judgment;

E. Award pre- and post-judgment interest on such damages to MIT;

F. Entry of judgment that this case is exceptional and awarding MIT its costs and reasonable attorney fees under 35 U.S.C. § 285; and

G. Any and all other relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

MIT respectfully requests a trial by jury on all issues triable thereby.

Dated: November 13, 2026

Respectfully submitted,

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove
TX Bar No.: 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH PC**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: 903-923-9002

Joshua C. Krumholz (*Pro hac vice pending*)
MA Bar No.: 552573
Email: joshua.krumholz@hklaw.com
Jacob K. Baron
MA Bar No.: 652568
Email: jacob.baron@hklaw.com
**HOLLAND & KNIGHT LLP**
10 Saint James Avenue; 11th Floor
Boston, MA 02116
Telephone: 617-523-2700
Facsimile: 617-523-6850

Ji Mao (*Pro hac vice pending*)
NY Bar No.: 5615117
Email: ji.mao@hklaw.com
**HOLLAND & KNIGHT LLP**
787 Seventh Avenue; 31st Floor
New York, NY 10019
Telephone: 212-513-3200
Facsimile: 212-385-9010

***Attorneys for Plaintiff Massachusetts Institute of Technology***