# EXHIBIT B

# U.S. Patent No. 11,416,638

Accused Products: Adams Bridge 2.0 PQC IP Core (integrated into the Caliptra 2.1 Root of Trust), developed and contributed by Microsoft, deployed via CHIPS Alliance partners in datacenter-class SoCs.[1]

| Claim | Mapping to Target Technology |
|---|---|
| **[1 preamble]**<br>"A lattice cryptography processor comprising:" | Adams Bridge is explicitly designated a lattice cryptography hardware accelerator implementing ML-KEM (FIPS 203, based on Module-LWE/MLWE) and ML-DSA (FIPS 204, based on Module-LWE/MSIS). Both schemes are constructed on hardness of problems in module lattices. The Adams Bridge Hardware Specification states it is a "Post-Quantum Cryptography (PQC ML-DSA and ML-KEM) subsystem" — confirming it is the accused lattice cryptography processor.[2][3]<br><br>Microsoft's Azure Confidential Computing Blog from 2024 also states that Microsoft was "developing a fully open-source silicon quantum resilient cryptographic accelerator known as the Adams Bridge Accelerator."[4] |
| **[1a]**<br>"an instruction memory configured to have stored therein one or more of configurable parameters and/or custom instructions for polynomial sampling and/or arithmetic operations for controlling the | Embedded controller and AXI register interface is an instruction/parameter store. The Adams Bridge repository contains a named embedded_top submodule that implements an embedded processor interface for host communication and control.[5] The Adams Bridge Hardware Specification describes an AXI-based control register interface (abr_reg, generated from RDL sources via reg_gen.py) that stores scheme-specific parameters controlling the NTT engine, sampler, and SHA3 core.[6]<br><br>Scheme-specific configurable parameters: ML-KEM uses 12-bit coefficients, modulus q = 3,329, and 7 NTT layers; ML-DSA uses 23-bit coefficients, modulus q = 8,380,417, and 8 NTT layers.[7] These parameters differ between schemes and |

[1]CHIPS Alliance, "CHIPS Alliance's Caliptra Launches 2.1 RTL Release" (Oct. 15, 2025) ("Caliptra 2.1 integrates Adams Bridge 2.0, offering both ML-DSA and ML-KEM with side channel countermeasures") — chipsalliance.org/news/caliptra2-1; Bisheh-Niasar et al., IACR ePrint 2026/256, §1, p. 2 ("Caliptra version 2.1 incorporates Adams Bridge version 2.0, extending support to both ML-DSA and ML-KEM"); see also Microsoft Tech Community, "Caliptra 2.1: An Open-Source Silicon Root of Trust With Enhanced Protection of Data At-Rest." Unless otherwise noted, citations to Adams Bridge documentation and source refer to the Adams Bridge 2.0 release integrated in Caliptra 2.1.

[2]Adams Bridge Hardware Specification v1.0: "Post-Quantum Cryptography (PQC ML-DSA and ML-KEM) subsystem used in the Open Compute Project" — github.com/chipsalliance/adams-bridge/blob/main/docs/AdamsBridgeHardwareSpecification.md

[2]Adams Bridge Hardware Specification v1.0: "Post-Quantum Cryptography (PQC ML-DSA and ML-KEM) subsystem used in the Open Compute Project" — github.com/chipsalliance/adams-bridge/blob/main/docs/AdamsBridgeHardwareSpecification.md

[3]Adams Bridge README (last updated Aug. 29, 2025): "Post-Quantum Cryptography IP Core" implementing ML-KEM and ML-DSA — github.com/chipsalliance/adams-bridge/blob/main/README.md

[4] https://techcommunity.microsoft.com/blog/azureconfidentialcomputingblog/adams-bridge-an-accelerator-for-post-quantum-resilient-cryptography/4269585

[5]Adams Bridge source tree — src/embedded_top/ and src/abr_top/: github.com/chipsalliance/adams-bridge/tree/main/src

[6]Adams Bridge Hardware Specification — AXI register interface and parameter configuration: AdamsBridgeHardwareSpecification.md

[7]NIST FIPS 203, Module-Lattice-Based Key-Encapsulation Mechanism Standard (Aug. 13, 2024), https://doi.org/10.6028/NIST.FIPS.203, §4.3 (NTT), §8 (parameter sets) (q=3329, 7 NTT layers) and NIST FIPS 204, Module-Lattice-Based Digital Signature Standard (Aug. 13, 2024), https://doi.org/10.6028/NIST.FIPS.204, §4 (parameter sets), §7.5 (NTT) (q=8,380,417, 8 NTT layers): scheme-specific parameters confirming runtime-loaded configurable parameter store

<table>
<tr>
<td>operation of the lattice cryptography processor;”</td>
<td>must be loaded to configure the hardware at runtime — constituting configurable parameters stored in an instruction/parameter memory that controls polynomial sampling and arithmetic operations.</td>
</tr>
<tr>
<td>[1b]<br>“one or more cache memories;”</td>
<td>Multiple named on-chip SRAM instances are shown in the Adams Bridge Hardware Specification.<br><br>
Memory requirement<br><br>
The following table shows the required memory instances for Adam's Bridge:<br><br>
<table>
<tr><th>Instance</th><th>Depth</th><th>Data Width</th><th>Strobe Width</th></tr>
<tr><td>abr_sk_mem_bank0</td><td>596</td><td>32</td><td></td></tr>
<tr><td>abr_sk_mem_bank1</td><td>596</td><td>32</td><td></td></tr>
<tr><td>abr_w1_mem</td><td>512</td><td>4</td><td></td></tr>
<tr><td>abr_mem_inst0_bank0</td><td>800</td><td>96</td><td></td></tr>
<tr><td>abr_mem_inst0_bank1</td><td>800</td><td>96</td><td></td></tr>
<tr><td>abr_mem_inst1</td><td>64</td><td>96</td><td></td></tr>
<tr><td>abr_mem_inst2</td><td>1536</td><td>96</td><td></td></tr>
<tr><td>abr_sig_z_mem</td><td>224</td><td>160</td><td>20</td></tr>
<tr><td>abr_pk_mem</td><td>64</td><td>320</td><td>40</td></tr>
</table>
<br>
All memories are modeled as 1 read 1 write port RAMs with a flopped read data. See abr_1r1w_ram.sv and abr_1r1w_be_ram.sv for examples. Strobe width describes the number of bits enabled by each strobe. All strobed memories are byte enabled in the design. [8]<br><br>
These SRAMs serve as on-chip storage (cache memories) for polynomial coefficient buffers during NTT operations, key material (sk_mem), signature components (sig_z_mem, w1_mem), and public key (pk_mem) — the role of “cache memories” in a hardware cryptographic processor.</td>
</tr>
<tr>
<td>[1c]<br>“a configurable modular arithmetic unit (MAU) coupled to the one or more cache memories, the configurable</td>
<td>Adams Bridge ntt_top module, together with the auxiliary modular arithmetic units (including Decompose) that operate on polynomial coefficients stored in the same coefficient memory, is the configurable MAU. The repository contains a named ntt_top submodule implementing the NTT/INTT engine and point-wise multiplication.[9] The Hardware</td>
</tr>
</table>

[8] adams-bridge/docs/AdamsBridgeHardwareSpecification.md at main -- chipsalliance/adams-bridge

[9] Adams Bridge source tree — src/ntt_top/, src/barrett_reduction/: github.com/chipsalliance/adams-bridge/tree/main/src

| | |
|---|---|
| modular arithmetic unit to perform polynomial operations;” | Specification describes “an optimized NTT/INTT and point-wise multiplication engine.”[10] Polynomial arithmetic is dominated by multiplications implemented using the NTT, with additions and subtractions performed coefficient-wise.[11]<br><br>Configurable: The MAU operates over two distinct moduli (q = 3,329 for ML-KEM; q = 8,380,417 for ML-DSA) and two distinct NTT depths (7 layers for ML-KEM; 8 layers for ML-DSA), confirmed by an independent 2026 structural analysis of the Adams Bridge RTL (arXiv:2604.15249): “23-bit coefficients and 8 NTT layers for ML-DSA, and 12-bit coefficients and 7 NTT layers for ML-KEM.”[12][13]<br><br>Coupled to cache memories: The NTT engine reads polynomial coefficients from and writes results to the on-chip SRAMs at each butterfly stage. Each NTT, INTT, and PWM instruction specifies source and destination memory addresses, and the NTT module accesses memory using src, interim, and dest base addresses for each round.[14] |
| **[1d]**<br>“a core, coupled to the one or more cache memories, the core for hashing and pseudo-random number generation (PRNG);” | Adams Bridge abr_sha3 Keccak module is the hashing and PRNG core. The repository contains a named abr_sha3 submodule implementing the Keccak-f[1600] permutation, the mathematical foundation of SHA-3, SHAKE-128, and SHAKE-256.[15] The Adams Bridge designers’ paper (ePrint 2026/256, Abstract) states “a high-throughput Keccak core.”[16] In ML-KEM and ML-DSA, the Keccak/SHAKE function serves dual roles: (1) as a hash function for message hashing, key derivation, and commitment schemes; and (2) as a PRNG (via SHAKE XOF) for generating polynomial matrix A (ML-KEM key generation, SHAKE-128) and for all seed expansion in ML-DSA (SHAKE-256).[17][18]<br><br>Coupled to cache memories: SHAKE output delivered through a PISO buffer directly to the sampler units, and Keccak can also read from and write to on-chip coefficient memory (LDKeccak_MEM / RDKeccak_MEM); this general memory coupling is distinct from the W1Encode path used to supply the commitment-hash input during ML-DSA signing (see element 1e). The Adams Bridge designers’ paper (ePrint 2026/256, Abstract) states the NTT/PWM engine “is tightly coupled with a high-throughput Keccak core and efficient hardware sampling, reducing memory overhead and eliminating pipeline stalls.” The Keccak module is “a separate named hardware component within Adams Bridge” using Boolean masking distinct from the NTT arithmetic masking.[19] |

[10]Adams Bridge Hardware Specification: “optimized NTT/INTT and point-wise multiplication engine” — AdamsBridgeHardwareSpecification.md

[11] Bisheh-Niasar et al., IACR ePrint 2026/256; § 2.2, p. 5.

[12]Structural Dependency Analysis for Masked NTT Hardware: Scalable Pre-Silicon Verification of Post-Quantum Cryptographic Accelerators, arXiv:2604.15249 (Apr. 2026) (analyzing Adams Bridge at commit cdc9b1c)

[13]NIST FIPS 203, §4.3 (NTT), §8 (parameter sets) (q=3329, 7 NTT layers) and FIPS 204, §4 (parameter sets), §7.5 (NTT) (q=8,380,417, 8 NTT layers) — two moduli requiring configurable MAU - https://doi.org/10.6028/NIST.FIPS.204

[14] Adams Bridge ML-DSA Hardware Specification, NTT Architecture (src, interim and dest base addresses) and NTT/INTT/PWO opcode table.

[15]Adams Bridge source tree — src/abr_sha3/: github.com/chipsalliance/adams-bridge/tree/main/src

[16] Bisheh-Niasar et al., “Adams Bridge Accelerator: Bridging the Post-Quantum Transition,” IACR ePrint 2026/256, Abstract: “high-throughput Keccak core… efficient hardware sampling, reducing memory overhead and eliminating pipeline stalls”

[17]NIST FIPS 203, Module-Lattice-Based Key-Encapsulation Mechanism Standard (Aug. 13, 2024), §§4.1, 4.2.2 (Alg. 7, SampleNTT):SHAKE-128 used as XOF for polynomial matrix generation in ML-KEM

[18]NIST FIPS 204, Module-Lattice-Based Digital Signature Standard (Aug. 13, 2024), §§3.7, 7.3: SHAKE-128/SHAKE-256 used for pseudorandom sampling — https://doi.org/10.6028/NIST.FIPS.204

[19]arXiv:2604.15249 (Apr. 2026), §4.1: “combines arithmetic masking for NTT field operations and Boolean masking for control logic and Keccak hashing”

| | |
|---|---|
| **[1e]**<br>"a discrete distribution sampler coupled to the core and configured to sample a polynomial sequence provided by the MAU, the discrete distribution sampler configured for operation in a plurality of different sampling modes and coupled to receive information from the instruction memory and wherein, in response to instructions provided by the instruction memory, the discrete distribution sampler operates in a selected one of the plurality of different sampling modes." | <br><br>**Fig. 1.** Adams Bridge High-Level Architecture<br><br>Adams Bridge implements a dedicated hardware discrete distribution sampler (abr_sampler_top) with multiple named sampling sub-circuits, coupled to abr_sha3 Keccak core, with the sampling mode selected per operation step by instruction words issued by the abr_ctrl sequencer.<br><br>Named sampler module: abr_sampler_top: The Adams Bridge repository contains a named abr_sampler_top top-level sampler submodule. Under it, the source tree includes four distinct named sampler sub-circuits: cbd_sampler (centered binomial distribution), rej_sampler (uniform rejection sampling for matrix A), rej_bounded (bounded rejection sampling |

| | |
|---|---|
| | for ML-DSA), and sample_in_ball (sparse ternary polynomial sampling for ML-DSA signing).[20] Adams Bridge uses a single sampler with a plurality of modes: Each sub-circuit is instantiated under the single top-level abr_sampler_top and is activated by the instruction's sampler enable and mode field, so the sub-circuits operate as a plurality of sampling modes of one discrete distribution sampler.<br><br>Coupled to the core (abr_sha3; see element 1d): Every instruction in the Adams Bridge Hardware Specification starts the Keccak core together with the sampler. The designers' 2026 IACR paper (Bisheh-Niasar et al., 'Adams Bridge Accelerator: Bridging the Post-Quantum Transition,' ePrint 2026/256 §4.3, p. 16) states that a PISO buffer 'provides a unified, reconfigurable interface between the Keccak core and all sampler units.' The sampler is therefore directly coupled to the hashing and PRNG core. [21]<br><br>Samples a polynomial sequence provided by the MAU: In the '638 patent's disclosed embodiment, the hash/PRNG processor 'receives an input from ALU 22' (which includes MAU 24) and 'generates values which are provided to a discrete distribution sampler 26' (FIG. 2; col. 7:27–33, 49–55); the Summary likewise describes the PRNG processor as 'coupled to MAU: ' and the sampler as 'coupled to the hashing and PRNG processor' (col. 1:48–57).<br><br>The specification further provides that a coupling of entities can refer to either a direct or an indirect coupling' (col. 23:13-14). The claimed relationship encompasses a sequence originating with the MAU and delivered to the sampler through the hash/PRNG core — the exact MAU-to-sampler relationship the specification discloses.<br><br>Adams Bridge implements the same path. During ML-DSA signing, the MAU (ntt_top) computes the commitment w and writes it to coefficient memory. The Decompose unit reads w from that memory, and the W1Encode pipeline feeds the encoded high bits w1 into the Keccak SIPO buffer to compute the commitment hash, the output goes into a holding register before the Keccak SIPO buffer computes another hash, after which the sample_in_ball mode samples the challenge polynomial c.[22]<br><br>Adams Bridge also cascades the Keccak core, sampler, and polynomial multiplication engine (rejection-sampler output 'goes straight to PWM unit'; PWM_SMPL multiplies sampler output with memory data), confirming structural integration of the sampler with the MAU datapath.[23] |

[20]Adams Bridge source tree — src/abr_sampler_top/, src/cbd_sampler/, src/rej_sampler/, src/rej_bounded/, src/sample_in_ball/: github.com/chipsalliance/adams-bridge/tree/main/src

[21]U.S. Pat. No. 11,416,638, text describing FIG. 2 and the Summary, and the definitions of "coupling" and "connection" (col. 1:48–57; col. 7:27–33, 49–55; col. 8:15–19; col. 23:12–14, 44–46); Adams Bridge Hardware Specification, Keccak and sampler opcode tables and NTT/INTT/PWO opcode table; Bisheh-Niasar et al., "Adams Bridge Accelerator: Bridging the Post-Quantum Transition," ePrint 2026/256 §§4.1, p. 15, 4.3, p. 16.

[22] Adams Bridge ML-DSA Hardware Specification, pipelined datapath" integrating samplingW1Encode Architecture (w1 'is required to compute commitment hash using SHAKE256'; encode unit passes 64-bit chunks 'to the Keccak SIPO buffer'); Keccak and samplers / Other Opcodes tables, and NTT in a shared pipeline.USEHINT ('perform W1Encode on w1 and store them into Keccak SIPO'); Bisheh-Niasar et al., IACR ePrint 2026/256, Fig. 1, p. 14; *see also* https://github.com/chipsalliance/adams-bridge/blob/2f15ffb1a2e9bd99652fa04d434a48ffcdc23f42/src/abr_top/rtl/abr_seq.sv#L261-L339; https://github.com/chipsalliance/adams-bridge/blob/2f15ffb1a2e9bd99652fa04d434a48ffcdc23f42/src/abr_top/rtl/abr_seq.sv#L341-L344.

[23]Bisheh-Niasar et al., IACR ePrint 2026/256, §4.3, p. 16 ("cascades the Keccak core, sampler, and polynomial multiplication engine").

| | |
|---|---|
| | Instruction-driven mode selection: Adams Bridge uses an instruction-set processor. Per ePrint 2026/256 §4.1, p. 15, each instruction contains 'four 1-bit enable flags (keccak_en, sampler_en, ntt_en, aux_en)' and 'a 5-bit field selecting the operation within the enabled unit.' The abr_ctrl sequencer issues these instructions step by step, so the sampler receives information from the instruction memory and, in response to each instruction, operates in the selected mode.[24] |

[24]U.S. Pat. No. 11,416,638, text describing FIG. 2 and the Summary, and the definitions of "coupling" and "connection" (col. 1:48–57; col. 7:27–33, 49–55; col. 8:15–19; col. 23:12–14, 44–46); Adams Bridge Hardware Specification, Keccak and sampler opcode tables and NTT/INTT/PWO opcode table; Bisheh-Niasar et al., "Adams Bridge Accelerator: Bridging the Post-Quantum Transition," ePrint 2026/256 §§4.1, p. 15, 4.3, p. 16.